**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TOMMY L. DRISKELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 24-cv-2183-SHM-tmp |
| | ) | |
| ARKEYCIA BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 8), docketed August 9, 2024, dismissing the case without prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

_/s/  Samuel H. Mays, Jr._ __
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___August 9, 2024___ _____          WENDRY R. OLIVER_____
DATE                                   CLERK

                                       _/s/  Jairo Mendez_____
                                       (By) DEPUTY CLERK